UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID K. HUDSON, # 179401,

       Petitioner,

v.                                                      Case Number: 10-cv-11937
                                                       Honorable Patrick J. Duggan

CAROL HOWES,

       Respondent.
_____/

## JUDGMENT

On May 13, 2010, Petitioner David K. Hudson ("Petitioner") filed this pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner is challenging the validity of his state criminal convictions in 1986 for first-degree felony murder in violation of Michigan Compiled Laws § 750.316(1)(b) and felony firearm in violation of Michigan Compiled Laws § 750.227b. Respondent Carol Howes ("Respondent") answered the petition with a motion for summary judgment, arguing that the petition is barred by the one-year limitations period set forth in the Antiterrorism and Effective Death Penalty Act of 1996, 28 U.S.C. § 2244(d)(1). In an Opinion and Order issued on this date, the Court granted Respondent's motion

      Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED WITH PREJUDICE**.

Date:  June 6, 2011          <u>s/PATRICK J. DUGGAN</u>
                                          UNITED STATES DISTRICT JUDGE

Copies to:

David K. Hudson, # 179401
Lakeland Correctional Facility
141 First Street
Coldwater, MI 49036

AAG Anica Letica